# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of California

Case Number: CV08-00740 W (JMA)

Plaintiff:
**American General Life Insurance Company**

vs.

Defendant:
**Niketta Everett and Does 1-10**

For:
Adrienne C. Publicover, Esquire
Wilson Elser Moskowitz, et al.
525 Market St.
17th Floor
San Francisco, CA 94105

Received by TALONE & ASSOCIATES to be served on **Niketta Everett, 4238 Richmond St., Philadelphia, PA 19137**.

I, Michael D. Talone, being duly sworn, depose and say that on the **29th day of May, 2008** at **12:40 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons & Complaint** to: **Niketta Everett** at the address of: **4238 Richmond St., Philadelphia, PA 19137**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative, signed the back of summons & provided phone number 267-343-5113.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Black, Height: 5-4, Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

Michael D. Talone
Process Server

Subscribed and Sworn to before me on the 29th day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 9, 2012

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2008001473
Ref: 07478-00451

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f