1  ADRIENNE C. PUBLICOVER (SBN 161432)
   WILSON, ELSER, MOSKOWITZ,
2      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Plaintiff
   **AMERICAN GENERAL LIFE**
6  **INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) CASE NO.   CV08-00740 W (JMA) |
|---|---|
| Plaintiff, | ) **REQUEST TO ENTER DEFAULT** |
| v. | ) |
| NIKETTA EVERETT and DOES 1-10, | ) |
| Defendants. | ) |

TO THE CLERK OF THE ABOVE-TITLED COURT:

Plaintiff, AMERICAN GENERAL LIFE INSURANCE COMPANY, hereby requests that the Clerk of this Court enter default in this matter against Defendant, NIKETTA EVERETT, on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time allowed by the Federal Rules. Plaintiff obtained personal service of the Summons and Complaint on May 29, 2008, as demonstrated by the Proof of Service on file with this Court as Document 3-1, and the Affidavit of Service on file with the Court as Document 3-2.

---

1
**REQUEST TO ENTER DEFAULT**
USDC SDCA Case #CV08-00740 W (JMA)

359174.1 #

1       Therefore, Plaintiff, AMERICAN GENERAL LIFE INSURANCE COMPANY, respectfully requests that the default enter.

2

3

4 Dated: June 19, 2008                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP

By:   */s/ Adrienne C. Publicover*
      ADRIENNE C. PUBLICOVER
      Attorneys for Plaintiff
      **AMERICAN GENERAL LIFE INSURANCE COMPANY**

2
**REQUEST TO ENTER DEFAULT**
USDC SDCA Case #CV08-00740 W (JMA)

359174.1 #

# CERTIFICATE OF SERVICE
*American General Life Insurance Company v. Niketta Everett, et al.*
USDC SDCA Case #CV08-00740 W (JMA)

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

## REQUEST TO ENTER DEFAULT

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ _____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Niketta Everett
4238 Richmond Street
Philadelphia, PA 19137

*With a courtesy copy to attorneys for Niketta Everett in Pennsylvania:*
Bruce L. Neff, Esq.
BRUCE L. NEFF & ASSOCIATES
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Tel:   (215) 564-3331

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 19, 2008**, at San Francisco, California.

_____
Nancy Li

3
**REQUEST TO ENTER DEFAULT**
USDC SDCA Case #CV08-00740 W (JMA)

359174.1 #