Niketa Everett, Pro Se
Defendant
4238 Richmond Street
Philadelphia, PA  19137
Telephone: (215) 474-6623

FILED

2008 JUN 24  AM 10: 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NUNC PRO TUNC**

JUN 16 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | CASE NO. 08-cv-740 |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR DISMISSAL OF ACTION** |
| v. | **ORAL ARGUMENT NOT REQUIRED** |
| NIKETTA EVERETT and DOES 1-10, | **JUDGE THOMAS J. WHELAN** |
| Defendants, | HEARING DATE: 7/14/08 |

Defendant incorporates by reference the facts set forth in her Memorandum of Points and Authorities In Support of Defendant's Motion To Dismiss Pursuant To Fed.R.Civ.P. 12(b)(2) For Lack Of Personal Jurisdiction.

Respectfully Submitted,

_____
NIKETTA EVERETT, Pro Se

---

1
**DEFENDANT'S MOTION TO DISMISS PURSUANT TO
FED.R.CIV.P. 12(b)(2) FOR LACK OF PERSONAL JURISDICTIONS**

USDC SDCA Case #08cv0740