ADRIENNE C. PUBLICOVER (SBN 161432)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIKETTA EVERETT and DOES 1-10,<br><br>Defendants. | CASE NO.   CV08-00740 W (JMA)<br><br>**DECLARATION OF ADRIENNE C. PUBLICOVER IN SUPPORT OF PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Hearing Date:   July 22, 2008 (Rescheduled per Court's Order of June 30, 2008) |

I, Adrienne C. Publicover, declare:

1.   I am an attorney at law, duly licensed to practice before all of the courts of the State of California and admitted to practice in this Court. I am a partner with the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, counsel of record for American General Life Insurance Company ("American General Life") in this action. As such, I have personal knowledge of the facts stated herein and, if I were called to do so, I could and would competently testify as to those matters.

---

1
DECLARATION OF ADRIENNE C. PUBLICOVER IN SUPPORT OF
PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)
USDC SDCA Case #CV08-00740 W (JMA)
362328.1

2.   Attached as Exhibit A hereto is a true and accurate copy of a Bank Draft Authorization, signed by decedent, Samuel M. Everett, as retrieved from the files of American General Life.

3.   Attached as Exhibit B hereto is a true and accurate copy of the Proof of Death – Claimant's Statement, as filed by Niketta Everett to obtain life insurance proceeds following the death of Samuel M. Everett, as retrieved from the files of American General Life.

4.   Attached as Exhibit C hereto is a true and accurate copy of a statement submitted by Niketta Everett in support of her claim for insurance benefits following the death of Samuel M. Everett, as retrieved from the files of American General Life.

5.   Attached as Exhibit D hereto is a true and accurate copy of four (4) "fictitious business name" filings with the County of San Diego, as retrieved from an on-line service, showing Niketta Everett as an owner of each of the businesses, and a copy of the website for Everstrong Investment Corporation. The official website for the California Secretary of State demonstrates that "Everstrong & Associates Investment Corporation" was a California corporation created on January 31, 2005, having its headquarters at the residence address used by Samuel Everett and Niketta Everett, while the website shows that Niketta Everett as an officer of that corporation.

6.   Attached as Exhibit E hereto are true and accurate copies of the Pennsylvania grant of Letters of Administration to Niketta Everett as Adminstratrix of the Estate of Samuel M. Everett, along with a notarized statement by Niketta Everett identifying herself as the Adminstratrix of the Estate of Samuel M. Everett, as were submitted by her to American General Life and retrieved from the company's files.

7.   Attached as Exhibit F hereto are true and accurate copies of the licensure information obtained from official State of California websites, showing the California licensure of the paramedical who performed Samuel Everett's examination, and the California licensure and residence of the life insurance agent who took his application.

---

2
DECLARATION OF ADRIENNE C. PUBLICOVER IN SUPPORT OF
PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)
USDC SDCA Case #CV08-00740 W (JMA)
362328.1

8. Attached as Exhibit G hereto is a true and accurate copy of the motion of American General Life to dismiss the action filed by Niketta Everett in Pennsylvania and have that matter transferred here.

I declare under the penalty of perjury of the State of California that the foregoing is true and correct.

Executed this 8th day of July, 2008 at Walnut Creek, California.


                                              */s/ Adrienne C. Publicover*
                                              ADRIENNE C. PUBLICOVER

---

# CERTIFICATE OF SERVICE
*American General Life Insurance Company v. Niketta Everett*
*USDC SDCA Case #CV08-00740 W (JMA)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DECLARATION OF ADRIENNE C. PUBLICOVER IN SUPPORT OF PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT NIKETTA EVERETT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Niketa Everett<br>4038 Richmond Street<br>Philadelphia, PA 19137<br><br>*Defendant in Pro Se* | Bruce L. Neff, Esq.<br>BRUCE L. NEFF & ASSOCIATES<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19102<br>Tel:   (215) 564-3331<br><br>*With a courtesy copy to attorneys for Niketta Everett in Pennsylvania:* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 8, 2008** at San Francisco, California.

_____
Nancy Li

4
DECLARATION OF ADRIENNE C. PUBLICOVER IN SUPPORT OF
PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)
USDC SDCA Case #CV08-00740 W (JMA)
362328.1