```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    WILSON, ELSER, MOSKOWITZ,
 2    EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, California 94105
    Telephone:  (415) 433-0990
 4  Facsimile:  (415) 434-1370

 5  Attorneys for Plaintiff
    AMERICAN GENERAL LIFE
 6  INSURANCE COMPANY

 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) CASE NO.  CV08-00740 W (JMA) |
|---|---|
| Plaintiff, | ) **AMENDED CERTIFICATE OF SERVICE** |
| v. | ) |
| NIKETTA EVERETT and DOES 1-10, | ) |
| Defendants. | ) |

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)**

**DECLARATION OF ADRIENNE C. PUBLICOVER IN SUPPORT OF PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2)**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

---

1
**AMENDED CERTIFICATE OF SERVICE**
USDC SDCA Case #CV08-00740 W (JMA)
362396.1 #

1  <u>*XXXX*</u> :   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

   _____ :   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

   <u>*XXXX*</u> :   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

   _____ :   **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Niketta Everett
4238 Richmond Street
Philadelphia, PA 19137

*Defendant in Pro Se*

*With a courtesy copy to attorneys for Niketta Everett in Pennsylvania:*

Bruce L. Neff, Esq.
NEFF AND ASSOCIATES
Two Pen Center Plaza, Suite 530
15th Street & JFK Blvd.
Philadelphia, PA 19102
Tel:   (215) 564-3331
Fax:   (215) 564-6952

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

   EXECUTED on **July 9, 2008**, at San Francisco, California.

   _____
   Nancy Li

---

2
**AMENDED CERTIFICATE OF SERVICE**
USDC SDCA Case #CV08-00740 W (JMA)
362396.1 #