# UNITED STATES DISTRICT COURT

### Southern District of California

American General Life Insurance Company

                                        Plaintiff,

v.                                                                        Case No.: 3:08–cv–00740–W–JMA
                                                                     Judge  Thomas J. Whelan

Niketta Everett, et al.

                                        Defendant.

### JUDGMENT IN A CIVIL CASE

    __X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court Hereby Grants Defendant's Motion to Dismiss For Lack of Personal Jurisdiction and Dismisses Plaintiffs claim for declaratory relief. As American General Has named Niketta individually as defendant, and not in her capacity as Administratrix, the Court declines to address American General's arguments in that respect.

                                                                                       W. Samuel Hamrick, Jr.,
                                                                                                Clerk of the Court

Date: 8/5/08

                                                                            By: s/ C. Puttmann, Deputy Clerk

                                                                            ENTERED ON: August 5, 2008