|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE CO., | CASE NO. 08-CV-0740 W (JMA) |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT JUDGMENT (Doc. No. 16)** |
| vs. |  |
| NIKETTA EVERETT, |  |
| Defendant. |  |

On July 29, 2008 the Court granted Defendant Niketta Everett's ("Defendant") Federal Rule of Civil Procedure 12(b)(2) motion to dismiss for lack of personal jurisdiction. (Doc. No. 13.) Thereafter, on August 5, 2008 the Clerk of the Court issued a Judgment. (Doc. No. 15.) Due to a clerical mistake, the Judgment has an "X" marked on the line labeled "Jury Verdict," rather than the line "Decision by Court." As the issue was taken under submission by the Court and not tried before a jury, the Judgment is inaccurate.

On August 7, 2008 Plaintiff American General Life Insurance Company ("Plaintiff") moved to correct the Judgment. (Doc. No. 16.) Per Federal Rule of Civil Procedure 60 and good cause showing, the Court hereby **VACATES** the August 5, 2008 Judgment entered by the Clerk of the Court and **ORDERS** that the Clerk of the Court enter a new Judgment consistent with this Court's July 29, 2008 Order granting

Defendant's motion to dismiss for lack of personal jurisdiction and dismissing Plaintiff's claim for declaratory relief.

**IT IS SO ORDERED.**

DATED: August 13, 2008

_____
Hon. Thomas J. Whelan
United States District Judge